THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TRUST COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Submitted June 14, 1943; decided July 20, 1943.

MOTION by appellant for reargument and to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 785.)

METROPOLITAN SAVINGS BANK, Respondent, *v.* FRIEND L. TUTTLE, as Surviving Executor and Trustee under the Will of ANGELO UBRIACO, Deceased, et al., Appellants, et al., Defendants.

Submitted July 20, 1943; decided July 20, 1943.

MOTION by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. (See 290 N. Y. 497.)